FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 APR 13 PM 3:56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM LATHERS | CIVIL ACTION |
| VERSUS | NO. 10-128 |
| NELSON COLEMAN CORR. CTR., ET AL. | SECTION: "D"(1) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Supplemental Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Supplemental Report and Recommendation, hereby approves the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to amend or modify the complaint, Rec. Doc. 5, is **GRANTED** and that the motion be filed into the record as an amended complaint.

**IT IS FURTHER ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this _13_ day of _April_, 2010.

_____
UNITED STATES DISTRICT JUDGE